No. 85–344.   DUTKA v. DEPARTMENT OF THE TREASURY. C. A. Fed. Cir.   Certiorari denied.

No. 85–347.   JACOB v. ATTORNEY GRIEVANCE COMMISSION OF MARYLAND.   Ct. App. Md.   Certiorari denied.

No. 85–352.   NORTH AMERICAN REPORTING, INC., ET AL. v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 85–355.   BROWN ET AL. v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 85–396.   DUFF v. VIRGINIA.   Cir. Ct. Rockingham County, Va.   Certiorari denied.

No. 85–418.   CRAWFORD, SPECIAL ADMINISTRATRIX OF THE ESTATES OF PAWLISA ET AL. v. EDMONSON ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–427.   MCGEE v. FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF BRUNSWICK.   C. A. 11th Cir.   Certiorari denied.

No. 85–433.   BISIG v. UNITED STATES;
No. 85–5330.   GREEN v. UNITED STATES;
No. 85–5368.   HARDIN v. UNITED STATES; and
No. 85–5379.   HARDIN v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.   Reported below: 770 F. 2d 167.

No. 85–443.   KWIATECKI v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 85–450.   BRIDGEPORT v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 85–452.   DALE ET UX. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied.

No. 85–5025.   HERNANDEZ v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 85–5062.   GRIFFIN v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.